```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

WALLACE JACKSON                                          PLAINTIFF

    v.               CASE NO. 6:11-CV-6059

PUTNAM TRUCKING OPERATIONS
COMPANY, INC., and
ANTHONY J. NEIMERG                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal without Prejudice (doc. 16).  Plaintiff requests that the Court allow Plaintiff to voluntarily dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The Court being well and sufficiently advised, and Plaintiff having no objection to this motion, finds that the motion (doc. 16) should be GRANTED.  Accordingly, the above-styled case is hereby **DISMISSED without prejudice**.  Each party shall bear their own fees and costs.

    IT IS SO ORDERED this 22nd day of May, 2012.

                              /s/ Robert T. Dawson  
                              Honorable Robert T. Dawson  
                              United States District Judge